

**FINEMAN**
**Krekstein**
**& Harris**

*Dedicated to the Practice of Relationships*

**PHILADELPHIA OFFICE**
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103
Phone: 215.893.9300
Fax: 215.893.8719

**NEW JERSEY OFFICE**
20 Brace Road, Suite 350
Cherry Hill, NJ  08034
Phone: 856.795.1118
Fax: 856.795.1110

www.finemanlawfirm.com
PLEASE REPLY TO PHILADELPHIA OFFICE

**Monica M. Littman**
Direct Dial: 215.893.8749
E-Mail: mlittman@finemanlawfirm.com
Admitted in PA and NJ

June 22, 2017

The Honorable Yvette Kane
Judge, U.S. District Court, M.D. Pa.
Federal Bldg. & Courthouse
228 Walnut Street, Suite 830
P.O. Box 11817
Harrisburg, PA  17108-1817

RE:   Robert D. Kline, J.D. v. Pioneer Credit Recovery, Inc. & Jeffrey W. Mersmann
      U.S.D.C., M.D. Pa., Civil Action No. 4:17-cv-01022-YK
      Our File No. 7095/20486

Dear Judge Kane:

I am writing to inform the Court that the parties have agreed to a settlement in this matter. When the terms of the written settlement agreement have been finalized and fully performed, the parties will file a Rule 41(a) stipulation of dismissal with prejudice.  The parties agree to the entry of a 60-day Order of dismissal without prejudice subject to the right of any party to re-open this matter within that 60 days if the settlement cannot be completed.

If Your Honor should have any questions, please contact me.

Respectfully,

*Monica M. Littman*

Monica M. Littman

MML:mfm
cc:   Robert D. Kline  (via email rob@eawireless.net)

{01295509;v1}